UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

NATHAN OLIVER BLAIR                                          CASE NO. 08-11271
JENNIFER MARIE BLAIR                                         CHAPTER 7
        DEBTOR(S).

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim # 1 of United Telephone Co. of Indiana, Inc. d/b/a Embarq
> Account number:  2606254775181
> Claimed amount:  $123.09
> Pro rata distribution:  $3.37
>
> Claim #2 of The Surgery Center
> Account number:  32256
> Claimed amount:  $172.71
> Pro rata distribution:  $4.73

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  August 26, 2009        /s/ Mark A. Warsco
                                          Mark A. Warsco, Trustee
                                          P.O. Box 11647
                                          Fort Wayne, IN  46859-1647
                                          Telephone:  (260) 469-0256
                                          e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on August 26, 2009:

| | |
|---|---|
| EDWARD CRAIG<br>rac.hel2@verizon.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| United Telephone Co. of Indiana, Inc.<br>dba Embarq<br>P.O. Box 7971<br>Shawnee Mission, KS 66207-0971 | The Surgery Center<br>7900 West Jefferson Blvd.<br>MOB 1 Suite 102<br>Fort Wayne, IN 46804 |

                                              /s/  Mark A. Warsco
                                              Mark A. Warsco, Trustee